IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-00114-01-CR-W-HFS |
| | ) | |
| ALVIN J. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO REQUEST WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by the undersigned Assistant United States Attorney, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Alvin J. Johnson, DOB 3/31/83, is currently incarcerated at the Western Missouri Correctional Center, 609 East Pence Road, Cameron, Missouri, 64429.

Respectfully submitted,

Todd P. Graves
United States Attorney

By:

/s/
Paul S. Becker
Assistant United States Attorney
Chief, Organized Crime Strike Force Unit


/s/
Rudolph R. Rhodes, IV, #39310
Assistant United States Attorney
Organized Crime Strike Force Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-2771